FILED

11/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0601

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0601

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

GLENN ALBERT KINCAID,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 13, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 10 2021